```
1    John Boundas
     WILLIAMS KHERKHER HART & BOUNDAS, LLP
2    8441 Gulf Freeway, Suite 600
     Houston, Texas 77017-5001
3    Telephone: (713) 230-2200
     Facsimile: (713) 643-6226
4
     Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To: | |
| *Lois T. Frisby v. Pfizer Inc, et al.*<br>(06-6176 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Charles R. Fox v. Pfizer Inc, et al.*<br>(06-6177 CRB) | |
| *Norman R. Malone v. Pfizer Inc, et al.*<br>(06-6179 CRB) | |
| *Anne S. Byrd, et al. v. Pfizer Inc, et al.*<br>(06-6191 CRB) | |
| *Tony L. Constant v. Pfizer Inc, et al.*<br>(06-6193 CRB) | |

Come now the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 10-18, 2010    By: _____

WILLIAMS KHERKHER HART &
BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

*Attorneys for Plaintiffs*

DATED: 10/19, 2010    By: ___/s/___

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 25, 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**